UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| United States of America | § § | |
| vs. | § § | NO:  AU:25-CR-00280(1)-RP |
| (1) Juan Francisc Rosales-Martinez | § | |

**ORDER**

     On this day the Court reviewed the file in the above-styled cause, and specifically the Report and Recommendation of the United States Magistrate Judge filed May 27, 2025, wherein the defendant Rosales-Martinez waived appearance before this Court and appeared before United States Magistrate Judge Mark Lane for the taking of a felony plea and Rule 11, Fed. R. Crim. P., allocution.  The Magistrate Judge recommends that the plea of guilty be accepted by the undersigned, and noting no opposition by defendant Rosales-Martinez to the Report and Recommendation, the Court enters the following order:

     **IT IS THEREFORE ORDERED** that the defendant Rosales-Martinez' plea of guilty to Count 1 of the Information is accepted.

     Signed this 9th day of June, 2025.

                                                                       ROBERT PITMAN
                                                                   UNITED STATES DISTRICT JUDGE